In the Matter of EDWARD HOWARD, Deceased.

PHŒBE J. HOGAN, Contestant, Appellant; DANIEL KAVA-
NAUGH, Petitioner, Respondent.

*Matter of Howard*, 92 Hun, 607, affirmed.
(Submitted October 14, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered January 6, 1896, affirming a decree of the Surrogate's Court of the county of Cattaraugus.

*W. S. Thrasher* and *Wentworth & Wentworth* for appellant.

*D. E. Powell* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

CATHERINE SHERIDAN, Respondent, *v.* WILLIAM SCOTT,
Appellant.

*Sheridan* v. *Scott*, 14 Misc. Rep. 658, affirmed.
(Argued October 14, 1898; decided November 22, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered November 8, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles C. Nadal* and *Edward P. Mowton* for appellant.

*John A. Dutton* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.